

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOHN FINLEY WALKER,   §   No. 08-17-00133-CR

          Appellant,   §   Appeal from the

v.   §   394th District Court

THE STATE OF TEXAS,   §   of Brewster County, Texas

          State.   §   (TC# 4397)

§

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 9, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Sara Priddy, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 9, 2018.

IT IS SO ORDERED this 6th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.